UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANA MARIA CORONELL,**

      **Plaintiff,**

**v.**                                       **Case No: 6:12-cv-970-Orl-36KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on January 2, 2013 (Doc. 18). In the Report and Recommendation, Magistrate Judge Spaulding recommends that the Court reverse and remand this case to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

On December 28, 2012, Defendant Commissioner of Social Security (the "Commissioner") filed an Unopposed Motion for Entry of Judgment with Remand ("Motion to Remand") (Doc. 17). In the Motion to Remand, the Commissioner states that it wishes to take further administrative action in this case. Specifically, the Commissioner states, and Magistrate Judge Spaulding agrees, that a hearing before an Administrative Law Judge is appropriate for re-evaluation of the opinions of Dr. Perdomo, re-evaluation of Plaintiff's residual functional capacity, and obtainment of supplemental vocational testimony if necessary. *Id*. Plaintiff does not oppose the Commissioner's Motion to Remand. As such, the Court is of the opinion that the

Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. 17) is **GRANTED**. The decision of the Commissioner is hereby **REVERSED** and this case is **REMANDED** to the Commissioner for further administrative action, as set forth in this Order.

3. The Clerk is directed to enter judgment accordingly and **close** this file.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties